IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO:  26-_____ |
| v. | : | DATE FILED: _____ |
| JUSTIN HOWELLS | : | VIOLATIONS: |
| | | 18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 3 counts) |
| | : | 18 U.S.C. § 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count) |
| | : | 18 U.S.C. § 2252(a)(2), (b)(1) (distribution and attempted distribution of child pornography – 3 counts) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 21, 2022, in the Eastern District of Pennsylvania, defendant

**JUSTIN HOWELLS**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 16, 2023, in the Eastern District of Pennsylvania, defendant

**JUSTIN HOWELLS**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 22, 2023, in the Eastern District of Pennsylvania, defendant

**JUSTIN HOWELLS**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 7, 2024, in the Eastern District of Pennsylvania, defendant

**JUSTIN HOWELLS**

knowingly possessed matter, that is, a Samsung Galaxy cell phone, bearing international mobile equipment identity (IMEI) number 357816339150862, which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct. The minors depicted included prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 6, 2024, in the Eastern District of Pennsylvania and elsewhere, defendant

**JUSTIN HOWELLS**

knowingly distributed a visual depiction using a means and facility of interstate and foreign commerce, that is, the Internet, and attempted to do so, and the producing of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 22, 2024, in the Eastern District of Pennsylvania and elsewhere, defendant

**JUSTIN HOWELLS**

knowingly distributed a visual depiction using a means and facility of interstate and foreign commerce, that is, the Internet, and attempted to do so, and the producing of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2024, in the Eastern District of Pennsylvania and elsewhere, defendant

**JUSTIN HOWELLS**

knowingly distributed a visual depiction using a means and facility of interstate and foreign commerce, that is, the Internet, and attempted to do so, and the producing of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

    1.    As a result of the violations of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B), as set forth in this indictment, defendant

## JUSTIN HOWELLS

shall forfeit to the United States of America:

    (a)    any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

    (b)    any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from such violations; and

    (c)    any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations, including, but not limited to:

        i.    One Samsung Galaxy cell phone, bearing international mobile equipment identity (IMEI) number 357816339150862; and

        ii.    One Motorola Moto 5G cell phone, Model XT2417-1.

    2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2428 and 2253, to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

  All pursuant to Title 18, United States Code, Sections 2428 and 2253.

              **A TRUE BILL:**

_____
**DAVID METCALF**
**UNITED STATES ATTORNEY**

9

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JUSTIN HOWELLS

## INDICTMENT

Counts

**18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 3 counts)**
**18 U.S.C. § 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count)**
**18 U.S.C. § 2252(a)(2), (b)(1) (distribution and attempted distribution of child pornography – 3 counts)**
**Notice of forfeiture**

A true bill.



Filed in open court this _8th_ day,
of _January_ A.D. 20 _26_

Bail, $ _____